IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01639-WDM
Criminal Action No. 05-cr-00495-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Movant,

    Defendant/Movant.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Miller, Judge

Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Movant has also filed a Notice and Motion for Leave to Proceed In Forma Pauperis and for Appointment of Counsel. The motion for In Forma Pauperis is denied as moot. The motion for Appointment of Counsel is denied with leave to re-file in the Court of Appeals.

Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this 5th day of December, 2007.

BY THE COURT:

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO